United States
District Court
Western District
of Michigan

FILED - KZ
August 14, 2007 4:49 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: /s/

Dan Weese
387 N. 26th St #12
Kalamazoo, MI 49048
269-492-0062

1:07 CV 0790

U.S.
Ungive Technology
1300 Hardin Ave
Sarasota, AL 34237
941-358-5480

Complaint

Failure To Comply w/ American with Disability Act for Reasonable Accommodations for Labor