United States
District Court
for the
Western District
Of Michigan

FILED - KZ
November 19, 2007 4:41 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: /s/

Dan Weese
4681 MacEachen Blvd
Sarasota, FL 34233
269-744-4113

V

Unique Technology
1300 Hardin Ave
Sarasota, FL 34236
941-358-5410

**1:07-cv-790**
**Richard Alan Enslen**
**US District Judge**

Mr. Jeff Gills Discharged me from my job as a Utility Person because I was late to work I tired to tell Him About my Sleep Apena that I was being treated for but He Refused to Listen even tho Mr. Arthur James Sr + Jr knew I had a disability when I was Hired by Unique Technology they never considered the American with disabilities Act

Proof of Service

I mailed by U.S. Mail Copies to the defendant

*Dan Weese*